

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-10-2005

# USA v. Currie

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2806

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Currie" (2005). *2005 Decisions.* Paper 1459.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1459

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NON-PRECEDENTIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case. No: 03-2806

UNITED STATES OF AMERICA

v.

REGINALD CURRIE, JR.,
Appellant

_____

On appeal from the United States District Court
for the District of New Jersey
(D.C. No. 02-CR-00943-1)
District Judge: The Honorable Katharine S. Hayden

_____

Submitted Pursuant to Third Circuit LAR 34.1
June 16, 2004

Before: Alito, Smith, and Wallace, *Circuit Judges*[*]

(Filed:  March 10, 2005)
_____

OPINION OF THE COURT
_____

WALLACE, *Senior Circuit Judge.*

_____

[*]  The Honorable J. Clifford Wallace, Senior United States Circuit Judge for the Ninth Circuit, sitting by designation.

Reginald Currie appeals from the sentence imposed following his conviction for bank robbery under 18 U.S.C. § 2113(a). We vacate the sentence and remand for resentencing in accordance with the Supreme Court's recent decision in United States v. Booker, 543 U.S. __, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005).

VACATED and REMANDED for resentencing.